■ BESSER v E. R. SQUIBB & SONS, INC.—Leave to appeal to the Court of Appeals granted, and this court pursuant to CPLR 5713, states that questions of law have arisen which ought to be reviewed by the Court of Appeals. Concur—Kupferman, J. P., Sullivan, Asch and Wallach, JJ.

■ BOTWAY v AMERICAN INTERNATIONAL ASSURANCE COMPANY OF NEW YORK.—Motion (1) denied wherein it seeks leave to appeal to Court of Appeals from this court's order (148 AD2d 302) entered on March 2, 1989, and (2) granted wherein it seeks reargument and, upon reargument, said order and accompanying memorandum decision recalled and vacated, and a new order and memorandum decision substituted therefor. (See, 151 AD2d 288 [decided herewith].) Concur—Ross, J. P., Asch, Kassal and Wallach, JJ.